# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>PHILLIP GARY CRAWFORD,<br><br>                    Defendant and<br>                    Judgment Debtor.<br><br>TIAA-CREF,<br><br>                    Garnishee. | MISC. F-04-0200 TAG<br><br>ORDER SETTING GARNISHMENT HEARING |

**Background**

On June 19, 2006, Plaintiff United States of America filed an "Application for Writ of Garnishment (Accounts)" against Garnishee TIAA-CREF pursuant to 28 U.S.C. § 3205(b)(1). (Doc. 25). On the same day, a writ of garnishment was issued by the clerk of the court. (Doc. 26). In conjunction with the foregoing, the clerk issued a "Notice and Instructions to Judgment Debtor" which included a "Claim for Exemption" form and which directed Defendant/Judgment Debtor Phillip Gary Crawford to request a hearing should he wish to claim such exemption. (Doc. 27). On July 3, 2006, garnishee TIAA-CREF filed its "Acknowledgment of Receipt and Answer of Garnishee

1

(Accounts)." (Doc. 29).  Three days later, on July 6, 2006, Defendant/Judgment Debtor Crawford filed a Request for Hearing along with a completed Claim for Exemption.  (Doc. 30).

**Analysis**

As stated in 28 U.S.C. § 3205(c)(5), a judgment debtor may, within 20 days after receipt of a garnishee's answer, file written objection to the answer of the garnishee, along with a request for a hearing.  Here, Defendant/Judgment Debtor Crawford filed his claim for exemption along with a request for hearing on July 6, 2006, well within the time limit specified by 28 U.S.C. § 3205(c)(5).

Section 3205(c)(5) further states that "[t]he court shall hold a hearing within 10 days after the date the request is received by the court, or as soon thereafter as is practicable, and give notice of the hearing date to all the parties."  Id.

Accordingly, it is HEREBY ORDERED that a garnishment hearing shall be conducted on August 7, 2006, at 2:00 p.m., before Magistrate Judge Goldner, in the United States Courtroom at 1300 18th Street, Bakersfield, CA, 93301.

IT IS SO ORDERED.

Dated:   **July 20, 2006**              /s/ **Theresa A. Goldner**
**j6eb3d**                      UNITED STATES MAGISTRATE JUDGE