IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILLIP G. CRAWFORD,<br><br>    Defendant and<br>    Judgment Debtor.<br><br>TIAA - CREF,<br><br>    Garnishee. | MISC. F-04-0200-TAG<br><br>ORDER CONTINUING GARNISHMENT HEARING |

Pursuant to stipulation between the parties (Doc. 33), the garnishment hearing currently scheduled for August 7, 2006, is hereby continued to August 17, 2006, at 2:00 p.m., at the United States Courtroom, 1300 18th Street, Suite A, Bakersfield, California.

IT IS SO ORDERED.

Dated:   **August 3, 2006**                                                                 **/s/ Theresa A. Goldner**
**j6eb3d**                                                                                         UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Continuing Garnishment Hearing